IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| CALEB DOYLE AND BENTON BUCHANAN, Individually and On Behalf of All Others Similarly Situated,<br><br> *Plaintiffs,*<br><br>VS.<br><br>CLASSIC CRANE AND TRANSPORT, LP,<br><br> *Defendant.* | CIVIL ACTION NO. 9:23-CV-00004<br>JUDGE MICHAEL J. TRUNCALE |

## ORDER DISMISSING CASE WITH PREJUDICE

Before the Court is the Parties' Joint Motion to Dismiss. [Dkt. 24]. The Parties previously advised the Court that they have reached a settlement agreement in this matter, and they now seek a dismissal with prejudice herein.

It is therefore **ORDERED** that this case is **DISMISSED WITH PREJUDICE**, and the Parties shall bear their own attorney's fees and costs.

It is further **ORDERED** that all Court dates and deadlines are hereby **VACATED**, and all pending motions not previously ruled on are **DENIED AS MOOT**.

    **SIGNED this 12th day of July, 2024.**

                 *Michael J. Truncale*
                 Michael J. Truncale
                 United States District Judge